*Rev. March 31, 2015*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 16-290 MV | UNITED STATES vs. Vigil |
|---|---|

**Before The Honorable Kirtan Khalsa, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 3/15/2016 | Time In and Out: | 2:02 pm-2:20 pm |
| Clerk: | C. Lopez | Digital Recording: | ABQ-Gila |
| Defendant: | Fawn Lynnstar Vigil | Defendant's Counsel: | Kari Converse |
| AUSA: | Joseph Spindle | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Indictment**

☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained. ☒ Defendant indicates understanding of its terms.

☐ Factual predicate to sustain the plea provided.

☐ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☐ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☐ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☐ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☐ Deft pleads GUILTY to: **[Select]**

☐ Allocution by Deft on elements of charge(s).

☐ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☐ Deft adjudged guilty.

☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☐ Sentencing Date: **to be notified**

☐ Defendant to Remain in Custody

☒ Present conditions of release continued ☐ Conditions changed to:

☐ Penalty for failure to appear explained

☐ Presentence Report Ordered ☐ Expedited (Type III)

Other Matters:
PLEA HEARING VACATED TO ALLOW DEFENSE ATTORNEY TIME TO GO OVER NEW LAWS REGARDING CHARGE DEFENDANT IS PLEADING TO. DEFENDANT CONTINUED ON RELEASE AS TO PREVIOUS CONDITIONS.